UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOVIE JAMES, SR., | No. 2:14-cv-2433 MCE CKD P |
| Petitioner, | |
| v. | ORDER |
| E. ARNOLD, | |
| Respondent. | |

On November 5, 2014, petitioner filed a motion for leave to amend. Petitioner's motion was not, however, accompanied by a proposed amended petition. As a litigant proceeding in forma pauperis, petitioner's pleadings are subject to evaluation by this court pursuant to the in forma pauperis statute. See 28 U.S.C. § 1915. Since petitioner did not submit a proposed amended petition, the court is unable to evaluate it. Petitioner's motion for leave to amend must therefore be denied.[1]

/////

/////

---

[1] Petitioner is informed that he cannot proceed with a claim in this court unless he has exhausted state court remedies with respect to the claim. 28 U.S.C. § 2254(b)(1). A petitioner satisfies the exhaustion requirement by providing the highest state court with a full and fair opportunity to consider claims before presenting them to the federal court. Picard v. Connor, 404 U.S. 270, 276 (1971).

1

Accordingly, IT IS HEREBY ORDERED that petitioner's November 5, 2014 motion for leave to amend (ECF No. 9) is denied.

Dated: November 10, 2014

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
james2433.10b