UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOVIE JAMES, SR., | No. 2:14-cv-2433 MCE CKD P |
| Petitioner, | |
| v. | ORDER |
| E. ARNOLD, | |
| Respondent. | |

On December 5, 2014, petitioner filed an amended petition for writ of habeas corpus. Petitioner did not, however, submit his petition on the form required by this court or file a motion for leave to amend. Good cause appearing, IT IS HEREBY OREDERED that:

1. Petitioner's "First Amended Petition for Writ of Habeas Corpus . . ." filed December 5, 2014 (ECF No. 12) is stricken.

2. The Clerk of the Court shall forward petitioner the form used in this district for application for a writ of habeas corpus by state prisoners.

3. Petitioner is granted 30 days within which to file an amended petition on the form to be provided by the Clerk of the Court. The form must be filled out completely and accurately and must include all of petitioner's claims. With the petition, petitioner must file a motion for leave to amend. In the motion, petitioner must explain how exactly he wishes to amend his original claims and if he is presenting new claims he must explain his delay in bringing those claims.

1

     4.  If petitioner files a motion for leave to amend, respondent shall file an opposition within 14 days of service of the motion and petitioner may file a reply within 14 days of service of the opposition.  If petitioner does not file a motion for leave to amend within 30 days, the court will proceed on the original petition.

     5.  Respondent need not respond to petitioner's original petition for writ of habeas corpus until directed to do so by the court.

Dated:  December 17, 2014

*/s/ Carolyn K. Delaney*
_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

1

jame2433.mta