UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOVIE JAMES, SR., | No. 2:14-cv-2433 MCE CKD P |
| Petitioner, | |
| v. | ORDER |
| E. ARNOLD, | |
| Respondent. | |

Petitioner has requested an extension of time to file an amended petition for writ of habeas corpus. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 14) is granted; and

2. Petitioner is granted 30 days from this order to file his amended petition for writ of habeas corpus. Petitioner's failure to file an amended petition for writ of habeas corpus within 30 days will result in a recommendation that this action be dismissed without prejudice.

Dated: January 26, 2015

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1

jame2433.111