UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOVIE JAMES, SR., | No. 2:14-cv-2433 MCE CKD P |
| Petitioner, | |
| v. | ORDER |
| E. ARNOLD, | |
| Respondent. | |

Petitioner has filed a motion asking that this matter be stayed while he exhausts state court remedies with respect to some of the claims presented in his second amended petition for writ of habeas corpus. Respondent does not oppose the request.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request that this matter be stayed (ECF No 17) is granted;

2. This matter is stayed;

3. The Clerk of the Court is directed to administratively close this case; and

/////
/////
/////
/////
/////

1

4. Within 30 days of exhaustion of state court remedies with respect to all of the claims presented in petitioner's second amended petition, petitioner shall inform the court that exhaustion has occurred and he is ready to proceed.

Dated: March 9, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
jame2433.sty