IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LOVIE JAMES, SR.,** | Case No. 2:14-cv-02433-MCE-CKD (HC) |
| Petitioner, | **ORDER** |
| v. | |
| **E. ARNOLD,** | |
| Respondent. | |

IT IS HEREBY ORDERED that Respondent's request to file a late answer is granted. Respondent's answer is deemed timely.  Petitioner's motion to strike respondent's answer (ECF No. 28) is denied.

Dated:  October 14, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1