UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOVIE JAMES, SR., | No. 2:14-cv-2433 MCE CKD (HC) |
| Petitioner, | |
| v. | ORDER |
| E. ARNOLD, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On October 14, 2015, the magistrate judge granted Respondent's Request to File Late Answer.  ECF No. 31.  On October 26, 2015, Petitioner filed an "Objection" to the magistrate judge's order.  ECF No. 33.

Under Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the Court finds the magistrate judge's ruling was not clearly erroneous or contrary to law.  Therefore, upon reconsideration, the magistrate judge's October 14, 2015 order is AFFIRMED.

IT IS SO ORDERED.

Dated:  November 10, 2015

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT